NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Al-Okaibi, Wafa; Al-Okaibi, Ebrahim; Al-Okaibi, Aiman; Al-Okaibi, Louay; Al-Okaibi, Abdulraheem Khailil,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>United States Department of Homeland Security; United States Citizenship and Immigration Services; Los Angeles Asylum Office; David Radel, Director of the Los Angeles Asylum Office; Chad Wolf, Secretary, Department of Homeland Security; Ken Cuccinelli, Acting Director, U.S. Citizenship and Immigration Services; Jennifer Higgins, Associate Director of Refugee, Asylum, and International Operations; Matthew D. Emrich, Associate Director of USCIS Fraud Detection and National Security Directorate; Office of General Counsel U.S. Department of Homeland Security; Christopher A. Wray, Director of Federal Bureau of Investigations; Attorney General, US Department of Justice,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02057-GMN-BNW<br><br>**Stipulation and Order**<br><br>**(First Request)** |

　　　Plaintiffs and Defendants, through their undersigned counsel, stipulate and request that the Court approve a 30-day extension of time, from January 11, 2021 to February 10, 2021, for Respondents to file a response to the Complaint, ECF No. 1. This is the first request for an extension of time.

Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 allow a party to request additional time to perform an act, such as responding to a pleading, as requested here.

This is an action for judicial review and mandamus; the matter would be decided upon the Court's review of substantive briefs. Plaintiff resides in Las Vegas, Nevada, which does not have a U.S. Citizenship and Immigration Services (USCIS) Asylum Office.

Without waiver, admission, or prejudice to any litigant's position in this matter, the parties advise that they are engaged in efforts to resolve the matter as follows:

1. The USCIS Los Angeles Asylum Director has decided to exercise discretion favorably and grant Plaintiff Wafa Al-Okaibi's request to expedite an interview. The office has offered three interview dates, and Plaintiff has opted for January 25, 2021, at 7:15 a.m. Plaintiff will bear all travel and lodging related costs associated with the interview.

2. It is possible that Plaintiff or Defendants may need to reschedule the interview date due to the exceptional circumstances presented by COVID-19 and to protect the health of the public, Plaintiff, and/or USCIS employees. In the event that the interview needs to be rescheduled, it will remain a priority for rescheduling, and USCIS will work with Plaintiff to reschedule the interview as soon as possible to another mutually agreeable date and time; and

3. Following the interview, the parties shall file a stipulation and order for dismissal with prejudice, each party to bear its own costs and attorneys' fees.

In the meantime, the due date for Respondents to file a response to the Complaint is extended from January 11, 2021 to February 10, 2021.

This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 14th day of December 2020.

| ABUSHARAR AND ASSOCIATES | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ Michael S. Terry<br>MICHAEL S. TERRY, ESQ.<br>Nevada Bar No. 11295<br>501 N. Brookhurst St., #202<br>Anaheim, CA 92801<br><br>*Attorney for Plaintiffs* | /s/ Patrick Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney<br><br>*Attorneys for Respondents* |

**IT IS SO ORDERED**

**DATED:** 2:57 pm, December 18, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**